IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PRESTON ROBERSON                                                                                    PLAINTIFF

vs.                                         Civil No. 13-CV-4012

WARDEN DANNY BURL and
TODD BALL                                                                                         DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed June 12, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 5) be denied and that the above-styled case be dismissed without prejudice pursuant to the three strikes provision of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. The Court finds that the above-styled case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file a motion to reopen the case upon payment of the filing fee.

**IT IS SO ORDERED**, this 11th day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge